UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

NATIONAL CREDIT UNION ADMINISTRATION BOARD, etc.,
Plaintiff,
-v-
MORGAN STANLEY & CO., et al.,
Defendants.

And other NCUA Actions.

13 Civ. 6705 (DLC)
13 Civ. 6719 (DLC)
13 Civ. 6721 (DLC)
13 Civ. 6726 (DLC)
13 Civ. 6727 (DLC)
13 Civ. 6731 (DLC)
13 Civ. 6736 (DLC)

----------------------------------------X

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

----------------------------------------:

NATIONAL CREDIT UNION ADMINISTRATION BOARD, etc.,
Plaintiff,
-v-
RBS SECURITIES, INC., f/k/a GREENWICH CAPITAL MARKETS, INC., et al.,
Defendants.

And other NCUA Actions.

11 Civ. 2340 & 2649 (JWL)
12 Civ. 2591 (JWL)
12 Civ. 2648 (JWL)
13 Civ. 2418 (JWL)

----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 7/1/14

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

----------------------------------------X

NATIONAL CREDIT UNION ADMINISTRATION BOARD, etc.,
Plaintiff,
-v-
RBS SECURITIES, INC., f/k/a GREENWICH CAPITAL MARKETS, INC., et al.,
Defendants.

And other NCUA Actions.

11 Civ. 5887 (GW)
11 Civ. 6521 (GW)

ORDER

----------------------------------------X

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

As per the April 9, 2014 Master Discovery Protocol and Orders of April 30 and June 17, defendants were required to complete production of third-party transcripts by June 27, 2014. In a letter of June 27, the parties jointly request a two-week extension to make complete production. It is hereby

ORDERED that the date by which defendants must complete production of third-party transcripts is extended to **July 11, 2014.**

SO ORDERED:

Dated: July 1, 2014

/s/ Denise Cote
United States District Judge

Dated: July 1, 2014

/s/ George H. Wu
United States District Judge

Dated: July 1, 2014

/s/ John W. Lungstrum
United States District Judge

Dated: July 1, 2014

/s/ James P. O'Hara
United States Magistrate Judge